CR 04-37E
U.S.A.
VS
GERALD C. DEIMEL

```
         UNITED STATES
         DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

        # 05004490 - nk
         July 14, 2005

  Code    Case #    Qty      Amount

  IND FELO 04-37E                100.00 CH


  TOTAL →              100.00



  FROM: GERALD C. DEIMEL
```

PLEA