MEMORANDUM OF NON-JURY TRIAL

# United States District Court

### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

_Plaintiff_

_vs._

GERALD C. DEIMEL (1)

_Defendant_

_No._ CRIM 04-37 ERIE

### HEARING ON ___ Change of Plea

_Before Judge_ MAURICE B. COHILL, JR.,

James Wilson, AUSA

Elliot Segal, Esq.

_Appear for Plaintiff_

_Appear for Defendant_

_Hearing begun_ 11:00  7-14-05

_Hearing adjourned to_ ___

_Hearing concluded C. A. V._ 11:30 7-14-05

_Stenographer_ Stephani Ramsey

### WITNESSES:

For Plaintiff                    For Defendant

A. Swears + standard plea colloquy; A. found competent to plead.
D. Waives reading of Count I
Plea agreement entered — G Ex B
A. Changes plea form "not guilty" to "guilty" as to Count I only,
Sentencing Date: 10/26/05 at 10:00 in Pittsburgh

G - Ex 2 + G - Ex 1.
OR Bond Continued