

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 400
Pittsburgh, Pennsylvania 15219                    412/644-3500

July 11, 2005

Elliot J. Segel, Esquire
818 State Street
Erie, PA  16501

Re:  United States of America v.
     Gerald C. Deimel
     <u>Criminal No. 04-37 (Erie)</u>

Dear Mr. Segel:

This letter sets forth the agreement by which your client, Gerald C. Deimel, will enter a plea of guilty in the above-captioned case. The letter represents the full and complete agreement between Gerald C. Deimel and the United States Attorney for the Western District of Pennsylvania. The agreement does not apply to or bind any other federal, state, or local prosecuting authority.

Upon entering a plea of guilty, Gerald C. Deimel will be sentenced under the Sentencing Reform Act, 18 U.S.C. §3551, <u>et seq</u>. and 28 U.S.C. §991, <u>et seq</u>. The Sentencing Guidelines promulgated by the United States Sentencing Commission will be considered by the Court in imposing sentence. The facts relevant to sentencing shall be determined initially by the United States Probation Office and finally by the United States Court by a preponderance of the evidence.

    A.   The defendant, Gerald C. Deimel, agrees to the following:

        1.   He will enter a plea of guilty to Count One of the Indictment at Criminal No. 04-37 (Erie), charging him with violating Title 18, United States Code, Sections 1347, and 2, pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

**LIMITED OFFICIAL USE**

DEFENDANT'S EXHIBIT
CASE NO. 04-37E
EXHIBIT NO. 3

Case 1:04-cr-00037-MBC   Document 24-2   Filed 07/14/2005   Page 2 of 19

Page 2

2. He acknowledges his responsibility for the conduct charged in Counts Two through Eighteen of the Indictment at Criminal No. 04-37 (Erie) and stipulates that the conduct charged in those Counts may be considered by the Probation Office or by the Court in imposing sentence.

3. He will pay mandatory restitution under the Victim-Witness Protection Act, 18 U.S.C. §§3663, 3663A and 3664, to the victims and/or other persons or parties authorized by law in such amounts, at such times, and according to such terms as the Court shall direct.

4. He will immediately notify the Court and the United States Attorney of any improvement in his economic circumstances that might increase his ability to pay restitution and that occurs from the date of this agreement until the completion of his sentence, including any term of supervised release.

5. Upon request of the United States, he agrees to provide all information regarding his income, assets and financial status.

6. If the Court imposes a fine or restitution as part of a sentence of incarceration, Gerald C. Deimel agrees to participate in the United States Bureau of Prisons' Inmate Financial Responsibility Program, through which 50% of his prison salary will be applied to pay the fine or restitution.

7. At the time Gerald C. Deimel enters his plea of guilty, he will deposit a special assessment of $100.00 in the form of cash, or check or money order payable to "Clerk, U.S. District Court". In the event that sentence is not ultimately imposed, the special assessment deposit will be returned.

8. Gerald C. Deimel waives the right to take a direct appeal from his conviction or sentence under 28 U.S.C. §1291 or 18 U.S.C. §3742, subject to the following exceptions:

    (a) If the United States appeals from the sentence, Gerald C. Deimel may take a direct appeal from the sentence.

       (b)   If (1) the sentence exceeds the applicable statutory limits set forth in the United States Code, or (2) the sentence unreasonably exceeds the guideline range determined by the Court under the Sentencing Guidelines, Gerald C. Deimel may take a direct appeal from the sentence.

      The foregoing reservations of the right to appeal on the basis of specified issues do not include the right to raise issues other than those specified.

      Gerald C. Deimel further waives the right to file a motion to vacate sentence, under 28 U.S.C. §2255, attacking his conviction or sentence, and the right to file any other collateral proceeding attacking his conviction or sentence.

B.   In consideration of and entirely contingent upon the provisions of Parts A and C of this agreement, the United States Attorney for the Western District of Pennsylvania agrees to the following:

1.   After the imposition of sentence, the United States Attorney will move to dismiss the remaining Counts of the Indictment at Criminal No. 04-37 (Erie), without prejudice to their reinstatement if, at any time, Gerald C. Deimel is permitted to withdraw his plea of guilty. In that event, Gerald C. Deimel waives any double jeopardy, statute of limitations, speedy trial, or similar objections to the reinstatement of the Counts dismissed pursuant to this agreement.

2.   The United States Attorney retains the right of allocution at the time of sentencing to advise the sentencing Court of the full nature and extent of the involvement of Gerald C. Deimel in the offenses charged in the Indictment and of any other matters relevant to the imposition of a fair and just sentence.

3.   Prior to sentencing, the United States Attorney will, orally or in writing, move that, pursuant to §3E1.1 of the Sentencing Guidelines, the Court reduce the offense level by 3 levels for acceptance of responsibility, on the grounds that the offense level prior to application of §3E1.1 is 16 or

    greater, and Gerald C. Deimel timely notified authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

  4. The United States Attorney will take any position she deems appropriate in the course of any appeals from the sentence or in response to any post-sentence motions.

C. Gerald C. Deimel and the United States Attorney further understand and agree to the following:

  1. The penalty that may be imposed upon Gerald C. Deimel is:

    (a) A term of imprisonment of not more than ten years;

    (b) A fine of $250,000.00;

    (c) A term of supervised release of three years;

    (d) A special assessment under 18 U.S.C. §3013 of $100.00;

    (e) Mandatory restitution under the Victim-Witness Protection Act, 18 U.S.C. §§3663, 3663A and 3664.

  2. Pursuant to the provisions of Section 411 of the Employee Retirement Income security Act of 1974, embodied in Title 29 U.S.C. Section 1111, Gerald C. Deimel shall be prohibited from serving in any capacity that involves decision making authority or custody or control of moneys, funds, assets or property or any ERISA covered employee benefit plan during or for the period of thirteen (13) years after the date of conviction or after the end of any period of imprisonment, whichever is later.

  3. The Court shall determine the victims and/or other persons or parties who will receive restitution as authorized by law.

  4. Pursuant to Section 1B1.11 the parties stipulate and agree that the appropriate Guidelines Manual upon

        which to base the sentencing calculation is the 1998 Manual.

5.   The parties stipulate and agree that the loss amount attributable to the defendant's activity is greater than $70,000 but less than $120,000. This loss amount corresponds, under Section 2F1.1 of the Sentencing Guidelines to a base offense level, of 6 which is raised by six additional levels under Section 2F1.1(b)(1)(G) of the Sentencing Guidelines.

6.   The parties further agree that the adjusted base offense level of 12 should be raised by a total of four additional levels under the following sections of the Guidelines:

    (f)   2F1.1(b)(2)(A) (More than Minimal Planning);

    (g)   3B1.3 (Abuse of Position of Trust or Special Skill);

7.   The parties also agree that the adjusted offense level of 16 should be lowered by a total of three levels under the following section of the Guidelines:

    (h)   3E1.1 (Acceptance of Responsibility).

8.   Thus, the parties agree that Gerald C. Deimel's overall adjustable offense level under the Sentencing Guidelines is 13.

9.   Under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, and §6B1.2(b) of the Sentencing Guidelines, the Court is not bound by the agreed upon stipulations between the parties regarding the above identified sentencing factors. Even if the Court does not accept the stipulations as to sentencing factors, the other provisions of this agreement remain in full force and effect.

10.  The parties agree that the willful failure to pay any fine imposed by the Court may be treated as a breach of this plea agreement. Gerald C. Deimel acknowledges that the willful failure to pay any fine may subject him to additional criminal and civil penalties under 18 U.S.C. §3611 <u>et seq</u>.

11. This agreement does not preclude the government from pursuing any civil or administrative remedies against Gerald C. Deimel or his property.

12. The parties agree that, although charges are to be dismissed pursuant to this agreement, Gerald C. Deimel is not a prevailing party for the purpose of seeking attorney fees or other litigation expenses under Pub. L. No. 105-119, §617 (Nov. 26, 1997) (known as the Hyde Amendment). Gerald C. Deimel waives any right to recover attorney fees or other litigation expenses under the Hyde Amendment.

This letter sets forth the full and complete terms and conditions of the agreement between Gerald C. Deimel and the United States Attorney for the Western District of Pennsylvania, and there are no other agreements, promises, terms or conditions, express or implied.

Very truly yours,

*Robert S. Cessar for*
MARY BETH BUCHANAN
United States Attorney

I have received this letter from my attorney, Elliot J. Segel, Esquire, have read it and discussed it with him, and I hereby accept it and acknowledge that it fully sets forth my agreement with the Office of the United States Attorney for the Western District of Pennsylvania. I affirm that there have been no additional promises or representations made to me by any agents or officials of the United States in connection with this matter.

_____
Gerald C. Deimel

_____July 14, 2005_____
Date

Witnessed by:

_____
ELLIOT J. SEGEL, ESQUIRE
Counsel for Gerald C. Deimel

**FOUNDRYMAN'S GROUP TRUST**
WORKER'S COMPENSATION FUND
2700 WEST 21ST STREET
ERIE, PA 16506

60-73/433 7

333

7-15 19 97

PAY TO THE ORDER OF PCA     $ 1,799.65

One Thousand Seven Hundred + Ninety-Nine —— 65 DOLLARS

**PNCBANK®**
PNC Bank, N.A.
Northwest PA   010

FOR Don Patterson

⑈:043300738⑇: 0333  ⑊⑆60000⑇0552⑊⑈   ⑊⑈0000179965⑇⑈

**GOVERNMENT EXHIBIT 1**

# COMPENSATION RE-PRICING COMPANY, INC.

1322 Central Avenue
Fairview, PA 16505

JULY 1, 1997

INVOICE #2577

GROUP: FOUNDRYMAN'S GROUP TRUST

FOR SERVICES RENDERED TOTAL AMOUNT DUE = $1,799.65

**PLEASE REMIT PAYMENT TO:**
COMP RE-PRICING, INC.
1322 CENTRAL AVENUE
FAIRVIEW, PA 16505



GOVERNMENT EXHIBIT 1A

INVOICE #2577

Per G.C. Deimel: Case Management Review:

| | | |
|---|---|---|
| Robert Lendrum | #95137 | $400.00 |
| Bill King | #95150 | $450.00 |
| Bill King | #95160 (Brief) | Included |

- Watch King

Medical Records review for:

| | | |
|---|---|---|
| Grant Martin | #95179 | $200.00 |
| Rodney Meyer | #95243 | $900.00 |
| Postage (printing/envelopes) | | $   49.65 |
| | | $1,799.65 |

GOVERNMENT EXHIBIT 1B

**OPTIONS**
EXPERTS IN DISABILITY MANAGEMENT

FAX (412) 323-8502
Telephone (412) 323-8500
FED. I.D. NO. 25 1399857

Page   3

GERALD C. DEIMEL
FOUNDRYMAN'S ASSOCIATION
2700 W. 21ST STREET
ERIE, PA  16506

Invoice Number: 3093002-03MA01
billing date:   07/02/97

Period: 6 /198/
BTI

Re: PATTERSON, DONALD E.
    Medical
    CASTING TECHNOLOGIES, INC.

Claim No.:

## STATEMENT FOR PROFESSIONAL SERVICES

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/20/97 | Phone Call - Account | 0.30 | 63.00 | 18.90 |
| 06/20/97 | Telephone Expense | | | 1.75 |
| 06/20/97 | Phone Call- Physician | 0.20 | 63.00 | 12.60 |
| 06/20/97 | Telephone Expense | | | 1.25 |
| 06/20/97 | Phone Call - Claimant | 0.10 | 63.00 | 6.30 |
| 06/20/97 | Telephone Expense | | | 1.00 |
| 06/20/97 | Letter to Claimant | 0.20 | 63.00 | 12.60 |
| 06/20/97 | Certified Letter Fee | | | 2.52 |
| 06/26/97 | Travel | 4.10 | 63.00 | 258.30 |
| 06/26/97 | Mileage - 202.00 Miles | | | 72.72 |
| 06/26/97 | Wait | 0.70 | 63.00 | 44.10 |
| 06/26/97 | Meet with Claimant | 0.20 | 63.00 | 12.60 |
| 06/26/97 | Meet with Physician | 0.40 | 63.00 | 25.20 |
| 06/27/97 | Phone Call - Account | 0.40 | 63.00 | 25.20 |
| 06/27/97 | Telephone Expense | | | 2.00 |
| 07/01/97 | Travel | 4.20 | 63.00 | 264.60 |
| 07/01/97 | Mileage - 236.00 Miles | | | 84.96 |
| 07/01/97 | Wait | 1.60 | 63.00 | 100.80 |
| 07/01/97 | Meet with Claimant | 0.20 | 63.00 | 12.60 |
| 07/01/97 | Meet with Physician | 0.60 | 63.00 | 37.80 |
| 07/01/97 | Initial Medical Report | 1.00 | 63.00 | 63.00 |
| 07/01/97 | Postage/Copies/Handling | | | 3.00 |

```
                    Services  =  1518.30
                    Expenses  =   281.50
                    Taxes     =     0.00
            ====================================
            Current Due By 08/01/97 =  1799.80
            ====================================
```

RECEIVED
JUL 14 1997
PA COMP. ADMINISTRATOR

REMIT TO: MCCABE & SCARLATA, INC. d/b/a OPTIONS
P.O. Box 23648 Pittsburgh, PA 15222-6648
PLEASE REMIT WITHIN 30 DAYS

WHITE - INSURANCE   YELLOW - INSURANCE/RETURN TO OPTIONS   PINK - OFFICE COPY

GOVERNMENT
EXHIBIT
1C

**FOUNDRYMAN'S GROUP TRUST**
WORKER'S COMPENSATION FUND
2700 WEST 21st STREET
ERIE, PENNSYLVANIA

CHECK NO. 002134

DATE 07/16/1997

VOID AFTER 120 DAYS

*TWO HUNDRED FIFTY DOLLARS & 65/100*

TO THE ORDER OF:
MCCABE & SCARLATA, INC D/B/A OF
P.O. BOX 23648
PITTSBURGH, PA 15222-6648

PAY EXACTLY *****$250.65

PNCBANK
PNC Bank, N.A.
Northwest PA 010

⑈002134⑈ ⑆043300738⑆ 6000040552⑈      ⑈000002506⑆

---

**FOUNDRYMAN'S GROUP TRUST**
WORKER'S COMPENSATION FUND
2700 WEST 21st STREET
ERIE, PENNSYLVANIA

CHECK NO. 002135

DATE 07/16/1997

VOID AFTER 120 DAYS

*ONE THOUSAND SEVEN HUNDRED NINETY-NINE DOLLARS & 80/100*

TO THE ORDER OF:
MCCABE & SCARLATA, INC D/B/A OF
P.O. BOX 23648
PITTSBURGH, PA 15222-6648

PAY EXACTLY ****$1,799.80

PNCBANK
PNC Bank, N.A.
Northwest PA 010

⑈002135⑈ ⑆043300738⑆ 6000040552⑈      ⑈0000179980⑆

**GOVERNMENT EXHIBIT**
1D

**WORKERS' COMPENSATION CONSULTANTS, INC.**

2700 WEST 21ST STREET, ERIE, PA 16506     814/838-7921     (FAX) 814/461-0039

MARCH 10, 1998

## INVOICE

TO: FOUNDRYMAN'S GROUP TRUST

RE: THESE ARE FOR VARIOUS ITEMS FOR THE YEAR THAT NEED TO BE REIMBURSED TO WORKERS' COMPENSATION CONSULTANTS, INC.

| VENDOR | TOTAL CHARGE | PRECENT | |
|---|---|---|---|
| IBM (IBBS NET 2/26/98) | $318.00 | 100% | $318.00 |
| RIDGE VALLEY Q-MOD (#517) | $848.00 | 49% | $417.75 |
| ERIE COMPUTER (Invoice #15058) | $100.70 | 100% | $100.70 |
| | $222.30 | 100% | $222.30 |
| COOPER BUSINESS (Invoice #10813) | $341.85 | 100% | $341.85 |
| POSTAGE METER @ $275.00 x 7 MTH. = $1,900.00 | | 100% | $1,900.00 |

                                        Total    $4,300.00

Please see invoices attached

GOVERNMENT EXHIBIT 2

 **INVOICE FOR IBM NETWORK SERVICES**

IBM Global Services

P.O. BOX 620000
ORLANDO, FLORIDA 32891-8294

IBM LIMITED SPECIAL BILLING
P.O. BOX 620000
ORLANDO, FLORIDA 32891-8294

PLEASE MAKE CHECK PAYABLE TO:

WORKERS COMPENSATION
CONSULTANTS, INC.
2700 W 21ST
ERIE PA  16506-2972

P010786

ACCOUNT NUMBER: 8254-0000-0359-0477

PAYMENT DUE DATE: FEB 26, 1998

AMOUNT DUE: $68.90 CR

$68.90

AMOUNT ENCLOSED: $

TERMS: PAYMENT DUE UPON RECEIPT

0000068908254000035904775

▼ TO RECEIVE PROMPT CREDIT, DETACH HERE AND RETURN WITH PAYMENT IN THE WINDOW ENVELOPE PROVIDED.

| POSTING DATE | DESCRIPTION | TRANSACTION DATE | REFERENCE NUMBER | AMOUNT CR-CREDIT PY-PAYMENT |
|---|---|---|---|---|
| 02-03 | PAYMENT RECEIVED - THANK YOU | 02-03 | 78254008034000019312182 | 318.00PY |
| 02-04 | WCRBNET SOFTWARE OTC | 01-31 | 78254008035000000000019 | 65.00 |

BILLING INQUIRIES TELEPHONE: 1-800-933-2232

SEND INQUIRIES ONLY TO:

IBM LIMITED SPECIAL BILLING
P.O. BOX 31174
TAMPA, FLORIDA 33631-1174

IBM TAX ID# 13-0871985

*SEE INFORMATION ON BACK FOR DESCRIPTION OF CHARGES

ACCOUNT NUMBER: 8254000003590477

STATEMENT CLOSING DATE: JAN 31, 1998

PAYMENT LATE IF NOT RECEIVED BY: FEB 26, 1998

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | $318.00 |
| CURRENT CHARGES | 65.00 |
| CREDITS | .00 |
| PAYMENTS | 318.00 |
| TAX | 3.90 |
| NEW BALANCE | $68.90 |

**IBM Global Services**

INVOICE FOR IBM NETWORK SERVICES

P.O. BOX 620000
ORLANDO, FLORIDA 32891-8294

IBM LIMITED SPECIAL BILLING
P.O. BOX 620000
ORLANDO, FLORIDA 32891-8294

PLEASE MAKE CHECK PAYABLE TO:

ACCOUNT NUMBER
8254-0000-0359-0477

PAYMENT DUE DATE
APR 25,1998

AMOUNT DUE
$ 68.90
OR
$ 68.90

AMOUNT ENCLOSED

TERMS: PAYMENT DUE UPON RECEIPT

P010985
WORKERS COMPENSATION
CONSULTANTS, INC.
2700 W 21ST
ERIE PA 16506-2972

0000068908254000035904775

TO RECEIVE PROMPT CREDIT, DETACH HERE AND RETURN WITH PAYMENT IN THE WINDOW ENVELOPE PROVIDED.

| POSTING DATE | DESCRIPTION | TRANSACTION | REFERENCE NUMBER | AMOUNT CHARGED / PAYMENT |
|---|---|---|---|---|
| | YOUR ACCOUNT IS PAST DUE $68.90. THE PAST DUE AMOUNT IS INCLUDED IN THE MINIMUM PAYMENT. PLEASE REMIT IMMEDIATELY. | | | |

BILLING INQUIRIES TELEPHONE: 1-800-933-2232

REMIT PAYMENT AND CORRESPONDENCE TO:

IBM LIMITED SPECIAL BILLING
P.O. BOX 620000
ORLANDO, FLORIDA 32891-8294

IBM TAX ID# 13-0871985

*SEE INFORMATION ON BACK FOR DESCRIPTION OF CHARGES

ACCOUNT NUMBER: 8254000003590477

STATEMENT CLOSING DATE: MAR 31, 1998
PAYMENT LATE IF NOT RECEIVED BY: APR 25, 1998

| ACCOUNT SUMMARY | |
|---|---|
| PREVIOUS BALANCE | $ 68.90 |
| CURRENT CHARGES | .00 |
| CREDITS | .00 |
| PAYMENTS | .00 |
| TAX | .00 |
| NEW BALANCE | $ 68.90 |

# RIDGE VALLEY ASSOCIATES, INC.

One Belmont Avenue, Suite 605
Bala Cynwyd PA 19004
(610) 667-4009 • Fax (610) 668-3358



**INVOICE**

| DATE | INVOICE NO. |
|---|---|
| 2/20/97 | 517 |

BILL TO: Workman's Comp. Consultants, Inc
2700 West 21st Street
Erie, PA 16506

Attn: Gerry Deimel
738-8329

| DESCRIPTION | AMOUNT |
|---|---|
| Pennsylvania - Monthly Updates Included | 800.00 |
| | 48.00 |

49% FGI
51% WCCI

417.25 FGI
430.25 WCCI

| TOTAL | $848.00 |

**erie computer**
*the power of good people*

4509 West 26th Street • Erie, PA 16506
814-838-6386 • Fax 814-833-2293

REMIT TO:
Erie Computer Company
4509 West Ridge Road
Erie, PA 16506

DATE: Aug 31, 1997

HEAL00

HEAL00

Health Claims Inc.
2700 West 21st Street

Erie, PA 16506



STATEMENT

| INVOICE | INV. DATE | TYPE | REFERENCE | DUE DATE | AMOUNT |
|---|---|---|---|---|---|
| 19104 | 05/22/97 | IN | Verbal | 06/21/97 | 95.00 |
| 19171 | 05/27/97 | IN | Verbal | 06/26/97 | 100.70 |
| NSF FEE | 05/30/97 | DN | | 05/30/97 | 20.00 |
| INT-0419 | 07/31/97 | IT | Interest | 07/31/97 | 3.61 |
| INT-0453 | 08/31/97 | IT | Interest | 08/31/97 | 2.99 |

TOTAL DUE: 222.30

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|
| 22.99 | 0.00 | 3.61 | 195.70 | 0.00 |

# COOPER

**COOPER BUSINESS MACHINES**
P.O. BOX 1412
ERIE, PA 16512-1412
PHONE 814-456-7585   FAX 814-455-7558

**INVOICE**

INVOICE NO.

# 111466

PLEASE PAY TOTAL AMOUNT SHOWN IN LOWER RIGHT CORNER

SOLD TO: Elizabeth Deimel
PA COMPENSATION ADMINISTRATORS
2700 West 21st Street
Erie           PA 16506

SHIP TO: PA COMPENSATION ADMINISTRATORS
2700 West 21st Street
Erie           PA 16506

| ACCOUNT NO. | SALES MAN NO. | PURCHASE ORDER NO. | SHIP VIA | COLL. | PPD | DATE SHIPPED | TERMS | INVOICE DATE | PAG |
|---|---|---|---|---|---|---|---|---|---|
| 449 | -01 | | | | | | NET DUE 10 DAYS | 03/27/97 | 1 |

| QTY ORDERED | QTY SHIPPED | QTY BO | ITEM NO. | DESCRIPTION | | UNIT PRICE | DISC % | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | | LABOR COPY/FAX | SF 8300 | SERVICE LABOR ON SHARP SF-8300, #962059937, TAG #1585. PLEASE SEE ATTACHED SERVICE SLIP. | 79.50 | | 79.50 |
| 1.00 | 1.00 | | BU | SF 8300 | MACHINE PART - DEVELOPER UNIT | 160.50 | | 160.50 |
| 1.00 | 1.00 | | SF-8300D1 | SHARP | DEVELOPER | 82.50 | | 82.50 |

---

**PA COMPENSATION ADMINISTRATORS, INC.**
2700 W. 21ST ST.  PH. 814-838-7921
ERIE, PA 16506

1217
8-12
430 83
0831039552

DATE 10-30-97

PAY TO THE ORDER OF  Cooper Business Machines          $ 341.85

Three Hundred + Forty-one 85 ———————— DOLLARS

**Integra Bank**

MEMO 111466

⑆043000122⑆ 0831039552⑈  1217

---

Thank you: COOPER BUSINESS MACHINES, INC.

| | |
|---|---|
| SALE AMOUNT | 322.50 |
| MISC. CHARGES | 0.00 |
| SALES TAX | 19.35 |
| FREIGHT | 0.00 |
| **TOTAL** | **341.85** |

# Cooper Business Machines, Inc.

3024 Pine Ave. / P.O. Box 1412 / Erie, PA 16512
Phone: 814/456-7585  Fax: 814/455-7558

N° 10813

| DATE 3/25/97 | S.T. DC | PHONE NO. | ACCOUNT NO. 449 | P.O. NO. |
|---|---|---|---|---|
| MAKE & MODEL SHARP SF-8300 | SERIAL NUMBER #9620 7937 | | TAG NO. 1585 | METER READING 447323 |

FIRM NAME: PA Compensation Administrators
ADDRESS: 2700 West 21st Street
CITY: Erie   STATE: PA   ZIP CODE: 16506

☒ BILLABLE  ☐ MAINT. AGREEMENT  ☐ WARRANTY  ☐ NATL. ACCT.  ☐ OTHER
☐ CALL BACK  ☐ RENTAL  ☐ TRIAL  ☐ SHOP

PROBLEM: Void Areas
CORRECTIVE ACTION: Installed new developer unit & developer

| QTY. | PART NAME & NUMBER (ADDITIONAL PARTS ON REVERSE SIDE) | $ EACH | AMOUNT |
|---|---|---|---|
| 1 | Developer Unit | | 160 50 |
| 1 | Developer SF-830D1 | | 82 50 |

| TIME IN 2:45 | TIME OUT 3:45 | LABOR 1 HR. @ 79.50 | 79 50 |
|---|---|---|---|
| | | TOTAL PARTS | 243 00 |
| | | MISC. EXPENSES | |
| | | MILEAGE @ 25¢ PER MILE | |
| PER | | SUB TOTAL | 322 50 |
| ↑ TO BE SIGNED BY CUSTOMER: | | SALES TAX | 19 35 |
| THIS IS TO CERTIFY THAT BILLING FOR THE REPAIRS INDICATED HEREWITH WILL BE ACCEPTED, AND THAT REPAIRS HAVE BEEN SATISFACTORILY MADE. | | SHIPPING | |
| | | TOTAL | $341 85 |