IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        )
                                )       Criminal No. 04-37 (Erie)
                                )
            v.                  )
                                )
GERALD C. DEIMEL                )


_____ ORDER

        AND NOW, to-wit, this _____ day of October, 2005, upon

consideration of the forgoing Motion, it is hereby ORDERED that

said motion be and the same hereby is, GRANTED;

        IT IS FURTHER ORDERED that Sentencing in the above matter

is set for _____, ___, 2005.


                        _____
                        MAURICE B. COHILL
                        SENIOR UNITED STATES
                          DISTRICT COURT JUDGE