October 13, 2005


Honorable Maurice B. Cohill,


    My name is Geraldine Deimel, the proud mother of Georgia, Gerald, Joseph and David. My husband, George Deimel, passed away November 30, 1967 after a long hard battle with leukemia. Up to the time of his death, he was an art educator with the Erie School District. My husband adored his children and made ends meet by holding down two jobs. While living, he instilled in them the love of people and the joy of helping others. All my children started working in their mid teens while in high school and have worked up to the present day. Gerald was always like his dad in that has a love of people, sailing and art. My son graduated from Kent State University and then volunteered during the Vietnam War for active duty in the Air Force in Vietnam and Germany.
    We have always been a close knit family with traditional family values and gatherings such as birthday parties, weddings, etc. My son Joe and his wife have a warm family gathering , parents, grandchildren, great grandchildren, at Christmas time. Just last July, to my heartfelt joy, they all came together for my 89th birthday at Presque Isle State Park and had a picnic. They fed the life guards on duty of which some of my grand children

are guards.

    Gerald has always been a very compassionate and thoughtful person. He started life as a baby by giving his bottle of milk to his older sister, until I found it out. While in high school, he was competitive in waterpolo and swimming and won many awards for his art.

    He helped me find suitable housing upon my retirement and had to sell my family home after 25 years due to the fact that I couldn't afford it any more. I love my son and would do anything for him. He has not only been an inspiration to me, but a blessing.

    Your honor, I pray to God that you will find compassion in your heart and be as lenient as possible with my loving son Gerald.


Sincerely,

*Geraldine M. Deimel*

Geraldine M. Deimel
239 Forest Drive
Erie, Pa. 16505

3040 West 24th Street
Erie, PA 16506
October 9, 2005

Honorable Maurice B. Cohill:

Re: Gerald C. Deimel

My name is Georgia Deimel Heynes. I am the eldest child and only daughter of George (deceased) and Geraldine Deimel. I am a teacher with the Erie School District. I am writing on behalf of my brother Gerald C. Deimel, whom I understand will be sentenced by you.

Gerald Deimel is the oldest of my three brothers. Although our family did not have much in the way of financial resources, as our father was a teacher, we always had a strong family cohesiveness as we were growing up. We always celebrated holidays and special occasions together. Education, athletics, and a good work ethic were of utmost importance in our household. Family outings usually consisted of picnics either at Presque Isle or in our back yard. Gerald's passion for sailing evolved from our parents' love of the water.

During high school, Gerald was a member of the Strong Vincent swim team and the water polo team. My family and I would be in the stands cheering for him during all of his competitions.

When we reached our early teen years we were expected to have jobs. One of Gerald's first jobs was manning the concession stand at Lake Shore Country Club Pool. During his college years, he worked at a resort area in Ohio.

My brother is an intelligent, artistic, and sensitive individual with a desire to succeed. Because I was already in college and two more brothers were slated for college, and because the family funds were low, Gerald opted to take an R.O.T.C Scholarship in order to attend Kent State University to pursue a degree in education.

After college, Gerald married and lived a military life serving in Vietnam and Germany. While in Germany, his first son, John, was born. Gerald was so excited that he flew my mother and me - - my father was deceased by this time -- over for a visit to meet our new grandson/nephew. Later, he was equally as excited about the birth of his second son, Andrew, and daughter, Erica.

Gerald is a very compassionate, caring, and generous brother. As with all my brothers, he is one that I feel very comfortable going to when I need help. Two particularly stressful times of my life come to mind. During the early 1980's, I was

having severe financial problems and my marriage was falling apart. Gerald gave me a job in his office and even allowed me to use one of his cars for an extended period of time. Later, when my youngest son was diagnosed with testicular cancer, Gerald constantly checked in on his progress. He even came to the hospital during a severe Erie snowstorm to deliver Thanksgiving dinner to me while my son was having chemotherapy.

   Gerald is very concerned about our aging mother. Although she doesn't live with him, he checks in on her on a regular basis. He makes sure that we plan to have her birthday celebration at the peninsula every July as she wishes. Mother's eighty-ninth birthday was spent with her family at her favorite spot again this year.

   Please take the above into consideration when sentencing my brother Gerald C. Deimel.

Sincerely,

Georgia Deimel Heynes

October 10, 2005

Honorable Maurice B. Cohill,

 My name is G. David Deimel. I am an educator and have taught school for the past 14 years. I hold an undergraduate degree in Hotel Administration from the University of New Hampshire and a Master's degree in education from Mercyhurst College. I am writing this letter on behalf of Mr. Gerald C. Deimel, who I understand will be sentenced by you.

 I have known Gerry Deimel all my life as it is my pleasure and priviledge to say that Gerry is my oldest brother. Gerry has been my pillar of strength throughout my childhood and adult life. As young teenagers on the swimming and waterpolo teams at Strong Vincent High School, my brother Gerry was the captain while I was just starting out. I remember one time during preseason practice I showed up to practice to run track and I had forgotten my sneakers. To save me embarrassment from my fellow teammates, Gerry took his sneakers off his feet and gave them to me to use. While some people will give you the shirt off their back, Gerry goes the extra distance and will give you the shoes off his feet to help you.! And that's how it has been all my life in knowing my brother Gerry.
During the Vietnam War while most young men my age were worried about being drafted, Gerry didn't hesitate to volunteer to serve his country at a time when it was not popular to go to war.

 Thanks to my brother Gerry, I am also the proud uncle to his two wonderful sons and daughter. Gerry has instilled

in his children the values of doing good, working hard and helping others. Gerry's oldest son, John, has made him a grandfather three times over. Gerry's youngest son, Andrew, recently got married and is self taught working with computers and is presently working at a major computer firm in Pittsburgh. Gerry's fourteen year old daughter, Erica, the apple of his eye, works part time at a horse farm cleaning stables while going to middle school.

　　Your Honor, I would like to request with the deepest sincerity and prayers that you take into consideration the wonderful and loving person my brother is and that you will be as lenient as possible. May God bless you.


Sincerely,

*G. David Deimel*

G. David Deimel
239 Forest Drive
Erie, Pa. 16505

Dear Honorable Judge Maurice B. Cohill,

   My name is Dr. Joseph F. Deimel. I have been in Family Practice for thirty years in Erie, PA. With the dedicated help of my wife, Deborah, we have successfully raised five children. My oldest son is in medical school, two daughters and a son in college, and my youngest son is junior in high school. I am writing this letter on behalf of my older brother, Gerald Deimel, to please ask for your consideration of leniency in the case against him. Please allow me to explain why.

   Gerry is my older brother who has been hard working, athletic, and a family man all his life. Our father was a school principal and our mother at 89 is retired but worked very hard all her life to help support the family financially as well as caring for all of us physically. There are four siblings in our family. Georgia is the oldest and she is a school teacher and Dave is the youngest and he is a school teacher. We were all raised with catholic values, a hard work ethic, humble surroundings, and love. All of us worked our way through college and became educated to contribute and function in society.

   As long as I have known my brother Gerry he has sacrificed and worked honest and diligent in the business world. In his early days at Strong Vincent High School, he was captain of the swimming team and very artistic like our father. He was respected for values of being a leader as well as being a loving brother. He was always there when I needed him. Gerry went to college at Kent State University and joined the ROTC where he became successful in business and military service. He volunteered to go to Vietnam which gave me the opportunity to go to Medical school for which I will always be grateful. Our father died early in life from Leukemia and as a consequence Gerry had to step up and help mom and the rest of us survive. He never neglected his duties and as long as I have known him he has always been honest and responsible. He helped to raise three children, two boys who are successful in computer and boating industries. His daughter, Erica who is fourteen, adores her father. She has a loving relationship with him in school and sports. Gerry has good values and morals. He is a conservative Republican who respects people and society. In our community for many years, he has been a respected businessman and sportsmen. Our families have always gathered during holidays and my kids always felt love and comfort with Uncle Gerry.

   I know your decision about Gerry is not easy. As I understand it, Gerry's case is very complex and I think he relied on

misinformation from his legal counsel. I don't think his intention was calculated but Gerry has accepted a guilty plea which shows his responsible side. I know he wants to make things right and go on with his life as a family man and continue to contribute to society. Because he is a good person, a volunteered veteran of Vietnam, a good father and family man, a caring brother, and a devoted Uncle, I would respectfully ask for leniency in your decision about Gerry.. Being honest and hardworking, I know he is prepared to make restitution and I would plead with you to give him the opportunity for parole to achieve this matter. I respectfully thank you for your consideration and time.

Respectfully,

Dr. Joseph F. Deimel MD



# Erie County Historical Society
### Est. 1903

"Where History Begins"

Battles Museums of Rural Life
Cashier's House
Erie County History Center
Erie Planetarium
Library & Archives
Museum of Erie County History
Watson-Curtze Mansion

Honorable Maurice B. Cohill
United States District Court
Western Pennsylvania District

October 9, 2005

Dear Judge Cohill

Please allow me to describe my long and productive relationship with a friend and colleague **Gerald Deimel** and identify the ways in which he has generously served the Erie community. I have known Mr. Deimel for almost twenty-five years and have worked closely with him on a number of matters of professional and community importance.

I am a retired Gannon University Full Professor of management and organizational behavior. During my thirty-three years at Gannon I served as both a faculty member and administrator. My primary responsibilities at Gannon included a long-term directorship of the MBA Program and a term as Dean of the Graduate School. In these capacities I was more connected to the Erie business and professional communities than a typical faculty member.

My first exposures to Gerry were at the Erie Yacht Club where I knew him as a fellow competitive sailor. Gerry is an immensely talented sailor but more importantly he has always been the kind of person who was willing to share his knowledge and mentor younger sailors. In fact one of his proudest accomplishments at EYC was his supervision of the club's Reyburn Sailing School, an exceptional summer teaching program that has performed admirably in inter-club competitions. Gerry helped to make the club program a quality educational experience for children and adults of all skill levels, a legacy that has resulted in hundreds of persons who have grown to love sailing as both a recreational and an athletic pursuit.

After watching Gerry's gentle but skillful touches in the club's sailing programs I began to call upon him to mentor Gannon students. Over the years he took on interns and co-op students, and when he had finished with them they were touched by his patience and knowledge. A posting with Gerry Deimel usually resulted in a student who brought real world applications back to the classroom. Gerry's proteges always did well after they left him. Many still comment on the wonderful beginning that he provided for them   Like the novice sailors of the yacht club sailing school, Gerry's interns were gifted with remarkable patience and teaching.

I became closer to Gerry over the years, sometimes volunteering to crew with him on his racing

boats. And it is on a small sailboat racing offshore that the true character of a man can be seen. Gerry's was stellar. He was always kind, gentle, understanding and interested in the creation of a quality experience for his crew more than just winning. He was also tough and energetic, standing watch when he should have assigned crew; putting himself in harms way rather than asking crew to do difficult chores.

If I were to characterize Gerald Deimel in one word after seeing him in so many contexts it would be "**Generous**." He has always been and continues to be generous of spirit. Kind, patient and giving to a fault.

It is clear that he is in the midst of launching a new career in real estate. He has again proved himself to be talented, and generous, working tirelessly to build a portfolio of quality living places for people who are in need of homes and revitalizing his local community. It would also seem that any significant interruption of the progress that Gerry has made in his new business (especially considering his age) would seriously impact the long-term viability of his new business enterprise.

As you know our city, Erie, is going through wrenching financial difficulties lately. Our government has apparently been shuffling long term liabilities for too long and is suddenly faced with a rather large debt. At such a critical time we desperately need to keep every "Gerry Deimel" that we can inside of the community working to insure our future. We need his optimism, creativity and generosity. I sincerely hope that you will be generous both to Gerry and his community in your sentencing. If given the opportunity to make restitution, I have every confidence that he will do so.

Sincerely

Dr. David R Frew
Executive Director of Erie County Historical Society
Professor Emeritus at Gannon University

October 10, 2005

The Honorable Maurice B. Cohill
U.S. Senior District Justice
Pittsburgh, Pennsylvania

Dear Judge Cohill,

    I am writing in behalf of Gerry Deimel. My name is David Warner; I am a lifelong Erie native with three grown children and a 55-year-old family business with 25 full and part-time Erie residents in my employ.

    The first time I met Gerry Deimel was nearly 20 years ago when I sailed on his boat *BlueJay*. I was novice sailor and Gerry was always willing to lend a helping hand to anyone who needed it. What I remember best about Gerry is his calm demeanor; through all the chaos of sailing competitions, he remained calm, steady, and knowledgeable. I remember the afternoon that we (his crew) underestimated the wind and shredded a $5,000 sail- Gerry just shrugged and said that we had "better call it a day."

    I remember the way he treated his family, his daughter Erica in particular. When I first became acquainted with Gerry, Erica was an infant. As a father of three daughters, I know that those years are a trial and a test to even the best parent's patience. Nevertheless, I saw Gerry handle situations with his daughter much as he handled matters on his boat: with patience and care. Today, Erica is a lovely young lady- this fact in itself is a testament to Gerry's character.

    As Gerry now appears before your court, I ask you to try to see Gerry as I do. I ask you to see the caring, even-tempered side of Gerry. He has now lost everything: his home, his business and now possibly his family. Both as a father and as Gerry's friend, I am respectfully requesting that you consider this letter when sentencing Gerry.

Sincerely,

David S. Warner

                    Stephen and Debra Giewont
                       616 Pittsburgh Avenue
                          Erie, PA   16505

                                        October 11, 2005

The Honorable Maurice B. Cohill
United States District Court for
the Western District of Pennsylvania

Re:  Gerald Deimel

Dear Judge Cohill:

Please let us introduce ourselves.  I, Debbie Giewont, am currently and have been employed by the Quinn Law Firm in Erie as a litigation paralegal for the past 11 years.  My husband, Steve Giewont, has been the electrical inspector for the City of Erie for approximately 18 years.  We are writing to you on behalf of a friend of ours, Mr. Gerald Deimel who will be coming in front of you for sentencing in October.

We both met Gerry Deimel when we attended a gathering at the Erie Yacht Club approximately seven years ago.  The purpose of the gathering was for folks who were interested in learning to sail to become acquainted with boat owners who were willing to teach interested people how to sail and if interested how to compete in sailboat racing.  We met Gerry that night and he agreed to take us on his sailboat and teach us how to sail and race sailboats.  We have raced sailboats with him for six of the past seven years.  We learned to sail and raced with him until he sold his boat.  We then purchased our own sailboat and he has raced with us for the past couple of years.  Our involvement with Gerry is mainly in racing sailboats.  However, when you spend a good deal of time on a boat with a person, you come to know them quite well.  When he had to close his insurance office we did not see him for almost a year.  We believe he was truly embarrassed and withdrew from friends and the community.

We have always found Gerry to be a quiet, reserved, and rather private individual.  He rarely talks about himself, but when you can get him to open up, and he shares stories about his past, we found that he flew in fighter jets during Viet Nam war, and that he has many tales of racing sailboats for most of his life in many venues.  We have found him to be a patient person and a diplomatic instructor, now always voicing his opinion on how something should be handled, but asking if we agree or have a better idea.  He has a good sense of humor and is well liked by many other sailors who race in our local fleet.  He has known

The Honorable Maurice B. Cohill
October 11, 2005
Page Two

most of them for many years as he has been involved in local sailboat racing for a long time. We met many of them through him. We know that in the past, he volunteered his time and worked on many committees for the sailing fleet. Since this unfortunate incident, he has not had much involvement with the members of the fleet, due to embarrassment we believe. We have always found Gerry to be a very hard working individual, and successful at his endeavors. Even at this time, he has attempted to get back on his feet and invest and work hard at real estate income.

Gerry has always been very much involved with his family. He speaks fondly and often of his very elderly mother. He talks proudly about his older boys who are grown and away from home. They have come to Erie to sail long distance races with him and we seen them together during those times. From the time we met him we have found him to be a very dedicated father to his daughter Erica. He has always been very involved with her school and activities. She always races with us and has since she was very young. For several reasons, that I won't take the time to go into, I will say that I believe his concern for family and friends is genuine.

We request that when you decide on an appropriate sentence for Mr. Deimel that you tend toward leniency, taking into consideration his remorse, and also, his dedication to his family and particularly his daughter, Erica, with whom he is very much involved. He is also working very hard to re-establish himself in a self-employed business. Thank you for your time and consideration in this matter.

Sincerely,

Debra Giewont

Stephen Giewont