MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

GERALD C. DEIMEL (1)

*Defendant*

No. CRIM 04-37 ERIE

**HEARING ON** SENTENCE

*Before Judge* HON. MAURICE B. COHILL, JR.

James R. Wilson, AUSA  —  Elliot J. Segel, Esq.

*Appear for Plaintiff*  —  *Appear for Defendant*

Hearing begun 10:10  10-26-05

Hearing concluded C. A. V. 10:45 10-26-05

Stenographer Shirley Hall

**WITNESSES:**

*For Plaintiff*  —  *For Defendant*

USSG Range: O.L. 13, Cat I; 12-18 mo. imprisonment; S.R. 2-3 yrs.; fine $3,000-$30,000; Restitution $90,071.81. Judgment of sentence imposed: 15 mo.; restitution to Alfa Insurance $90,071.81; interest waived; S.R. 3 yrs.; fine waived; special conditions; $100 S.A.

D May self report

Remaining counts dismissed on govt. motion.