IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | )  Criminal Number 04-37E-1 |
| | ) |
| Gerald C. Deimel | ) |

The above named defendant satisfied the judgment of October 26, 2005 by paying on July 14, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____   10/27/05
Deputy Clerk                              Date

2005 OCT 27  AM 10: 36
CLERK
U S DISTRICT COURT